UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FARM BUREAU GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GREE USA, INC., ET AL.,<br><br>Defendants. | 2:21-CV-11990-TGB<br><br><br>ORDER DISMISSING CASE<br><br><br>HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

DATED this 14th day of April, 2022.

                        BY THE COURT:

                        /s/Terrence G. Berg
                        TERRENCE G. BERG
                        United States District Judge