IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

FARM BUREAU GENERAL INSURANCE COMPANY
OF MICHIGAN, subrogee of Anthony Pratt
and Maria Helminger-Pratt,
    Plaintiff,                      Case No. 2:21-cv-11990-TGB-KGA

                                     Hon. Terrence G. Berg

vs.

GREE USA, INC.,
GREE ELECTRIC APPLIANCES
INCORPORATED OF ZHUHAI, and
HONG KONG GREE ELECTRIC
APPLIANCE SALES, LIMITED,
    Defendants.
_____/
PATRICK F. MULCAHY   P40514
MULCAHY & MULCAHY, P.C.
Attorney for Plaintiff
201 E. Main Street, Suite C
Northville, MI  48167    248-347-8888
pmulcahy@mcmlegal.net
_____/

## ORDER FOR DISMISSAL WITH PREJUDICE

PURSUANT TO the Amended Notice of Voluntary Dismissal filed by Plaintiff, this matter is dismissed *with* prejudice and without costs.

                                     /s/Terrence G. Berg
                                     HONORABLE TERRENCE G. BERG
                                     United States District Judge

Dated: May 16, 2022